IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KENNETH BACON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D16-3462

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed April 11, 2017.

An appeal from an order of the Circuit Court for Duval County.
Angela Cox, Judge.

Kenneth Bacon, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kathryn Lane, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., CONCUR.